UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jessy Maria Rodriguez

Case No.: 26-20833-PDR
Chapter 7

Debtor /

# ***EX-PARTE*** **MOTION TO ENLARGE THE TIME TO FILE A REAFFIRMATION AGREEMENT**

COMES NOW, the Debtor, Jessy Maria Rodriguez, by and through undersigned counsel and files this Motion to Enlarge the Time to File a Reaffirmation Agreement pursuant to Rules 4008(a), Local Rule 4008-1, and 9006(b)(3) and as grounds therefore states the following:

1. On August 14, 2026, the Debtor filed this Chapter 7 bankruptcy case.
2. The initial §341 meeting of creditors was set for September 16, 2026.
3. Pursuant to Fed. R. Bankr. P. 4008(a), a reaffirmation agreement shall be filed no later than 60 days after the first date set for the meeting of creditors under §341(a) of the Code which would have been November 15, 2026.
4. The filing deadline for reaffirmation may be extended "at any time" pursuant to Rule 4008; however, 11 U.S.C. § 524(c)(1) still requires reaffirmation agreements to be entered into before a debtor(s)' discharge.
5. The Debtors are contemplating entering into a reaffirmation agreement with PennyMac Loan Services, LLC (herein "Secured Creditor") to reaffirm their homestead property.
6. The instant Motion is made to protect the availability to reaffirm the above-mentioned debt without having the time expire on the creditor and the debtors.
7. The instant Motion is not being filed to delay any proceedings.
8. A discharge has not been entered at the time of filing the instant Motion.
9. An extension of the deadline for filing reaffirmation agreements by thirty (30) days, together with a corresponding delay in entry of discharge order will allow the parties to file a reaffirmation agreement as provided by the Bankruptcy Code and Rules.

10. Counsel for the Debtor contacted Counsel for Selective Motor Car, INC. prior to filing this Motion. Counsel for Debtor and Counsel for the BANK agree to a thirty (30) day extension to file the reaffirmation agreement.

**WHEREFORE**, undersigned respectfully requests that this Court enter an Order Granting the Motion to Enlarge time to File a Reaffirmation Agreement through to **December 15, 2026** so that said reaffirmation agreement may be filed timely if the Debtor so wishes to reaffirm.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on November 6, 2026 a true and correct copy of the foregoing was sent via CM/ECF to Chapter 7 Trustee, Barry E. Mukamal, 1 SE Third Avenue, Ste. 2150, Miami, FL 33131; and via first class mail to the Debtor, Jessy Maria Rodriguez at 19730 SW 118TH PL, Miami, FL 33177, to all creditors on the service list via first class mail.

Respectfully submitted:
November 6, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com